MAX GREENBERG, Appellant, v. MURRAY CAPITAL CORP. and SUN CAPITAL CORP., Respondents, Impleaded with Another.— Action to recover title and possession to a certain bond and mortgage on realty pledged with the defendant Murray Capital Corp., as security for a loan made to the defendant Greenberg Properties, Inc. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer and Dore, JJ.

DOROTHY MECKLER, Respondent, v. SILVER'S LUNCH STORES, INC., Appellant.— The complaint alleges that, as a result of the consumption of certain unwholesome scallops served to plaintiff in the restaurant of defendant, she was made violently ill; that the sale of said scallops carried with it an implied warranty of fitness for use, which warranty was breached. Judgment reversed, with costs, and the complaint dismissed, with costs, on the ground that plaintiff failed to prove any cause of action. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

WILLIAM RAFEL, Also Known as WILL RAFEL, Respondent, v. GLADYS L. GROSSMAN and Others, Appellants, Impleaded with Others.— Action for partition of real property. Order, so far as appealed from, granting plaintiff's motion to strike out the second defense, and the third defense and counterclaim in defendants-appellants' answer unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

SIMON DEUTSCH, Appellant, v. CHARLES ZUNSER, Respondent.— Order granting defendant's motion to dismiss the amended complaint for lack of prosecution unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

IRVING HOROWITZ, Respondent, v. L. M. BERKELEY, Appellant, Impleaded with Another.— Order, so far as appealed from, imposing terms on the defendant-appellant as the condition of vacating a judgment entered October 17, 1934, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

MABEL FENTRESS SOBEL, Appellant, v. ROSSWELL SOBEL, Respondent.— Order granting defendant's motion to vacate orders entered April 18, 1933, and January 24, 1933, respectively, and amending the judgment dated May 16, 1933, so as to eliminate therefrom the provision requiring the defendant to pay alimony to the plaintiff, and releasing the defendant from custody, unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

EVELYN LACEY DAVIS, Respondent-Appellant, v. ROBERT H. DAVIS, JR., Appellant-Respondent.— Order, so far as appealed from, granting plaintiff's motion to punish defendant for contempt and declaring the sum of $1,062.78 to be due and payable to the plaintiff by the defendant, and denying defendant's cross-motion to amend the decree of separation; and denying plaintiff's motion for counsel fee, unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.